IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 06-00074-01-CR-W-DW |
| MICHAEL L. DALE, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is Magistrate Judge Sarah W. Hays' Report and Recommendation (Doc. 171) denying Defendant Michael Dale's Motion to Suppress Statements (Doc. 111). Defendant filed objections to the Report and Recommendation (Doc. 190). After an independent review of the record, the applicable law, and the parties' arguments, the Court ADOPTS the Magistrate's proposed findings and conclusions of law. Accordingly, the Court ORDERS that the Magistrate's Report and Recommendation be attached to and made part of this Order and DENIES Defendant's Motion to Suppress Statements (Doc. 111).

/s/ DEAN WHIPPLE

Dated: November 26, 2007

Dean Whipple
United States District Court Judge