Michael E. Gans
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 10, 2024

Michael L. Dale
U.S. PENITENTIARY
18073-045
3057 Eric J. Williams Memorial Drive
P.O. BOX 300
Waymart, PA 18472-0000

     RE: 24-1060 United States v. Michael Dale

Dear Appellant:

     The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

     Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

     Your appeal is being referred to the court. No briefing schedule will be established, and no additional pleadings are required from you. Our office will advise you of any action taken in your case.

     Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

     Please contact us if you have any questions about the case.

                    Michael E. Gans
                    Clerk of Court

CAH

Enclosure(s)

cc:    Mary Kate Butterfield
       Brian Patrick Casey
       Gregg R. Coonrod
       Kathleen D. Mahoney
       Paige A. Wymore-Wynn

      District Court/Agency Case Number(s):  4:06-cr-00074-BCW-1

**Caption For Case Number:   24-1060**

United States of America

       Plaintiff - Appellee

v.

Michael L. Dale

       Defendant - Appellant

**Addresses For Case Participants:   24-1060**

Michael L. Dale
U.S. PENITENTIARY
18073-045
3057 Eric J. Williams Memorial Drive
P.O. BOX 300
Waymart, PA  18472-0000

Mary Kate Butterfield
U.S. ATTORNEY'S OFFICE
Charles Evans Whittaker Courthouse
400 E. Ninth Street
Kansas City, MO  64106-2149

Brian Patrick Casey
U.S. ATTORNEY'S OFFICE
Charles Evans Whittaker Courthouse
400 E. Ninth Street
Kansas City, MO  64106-2149

Gregg R. Coonrod
U.S. ATTORNEY'S OFFICE
Charles Evans Whittaker Courthouse
400 E. Ninth Street
Kansas City, MO  64106-2149

Kathleen D. Mahoney
U.S. ATTORNEY'S OFFICE
Charles Evans Whittaker Courthouse
400 E. Ninth Street
Kansas City, MO  64106-2149

Paige A. Wymore-Wynn
U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
Room 1510
400 E. Ninth Street
Kansas City, MO  64106-0000